UNITED STATES DISTRICT COURT

Northern District of California

LORRAINE FERGUSON,

              Plaintiff,
  v.

HORIZON LINES, INC., et al.,

              Defendants.
_____/

No. CV11-3391 MEJ

**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND DISCOVERY DEADLINES (DKT. NO. 22)**

Having reviewed Plaintiff's administrative motion to extend certain discovery deadlines (Dkt. No. 22) and Defendant's response (Dkt. No. 23), the Court rules as follows:

1. The discovery cutoff is extended until June 27, 2012 with respect to Michael Bohlman, July 27, 2012 with respect to Mitchell Stoller, and July 9, 2012 with respect to the disclosure of Stoller's expert report. The Court notes that this is the second time the discovery deadlines have been amended and Plaintiff is unlikely to receive another extension.

2. The hearing on Defendants' motion for summary judgment, currently calendared for July 12, 2012, is continued until August 2, 2012. Plaintiff's opposition is due July 9, 2012. If Defendants wish to file a reply, they must do so by July 23, 2012.

3. The trial in this matter, currently set for October 29, 2012, is hereby VACATED, along with the corresponding pretrial deadlines. The Court will issue a new trial schedule after it rules on Defendants' motion for summary judgment.

**IT IS SO ORDERED.**

Dated: June 20, 2012

                                                              _____
                                                              Maria-Elena James
                                                               Chief United States Magistrate Judge