UNITED STATES DISTRICT COURT

Northern District of California

LORRAINE FERGUSON,

                Plaintiff,

  v.

HORIZON LINES, INC., et al.,

                Defendants.
                                            /

No. CV11-3391 MEJ

**ORDER TO SHOW CAUSE**

On November 14, 2012, the Court granted Defendant Horizon Lines, Inc.'s Motion for Summary Judgment against Plaintiff Lorraine Ferguson. Dkt. No. 41. As Andrew A. Tretyak is the sole remaining Defendant and there is no indication that he has been served with the Complaint, the Court ORDERS Plaintiff to show cause why her case against Tretyak should not be dismissed for failure to prosecute. Plaintiff shall file a declaration by November 28, 2012, and the Court shall conduct a hearing on December 6, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. In the alternative, Plaintiff may file a voluntary dismissal by November 28.

**IT IS SO ORDERED.**

Dated: November 14, 2012

                                                    Maria-Elena James
                                                  Chief United States Magistrate Judge