UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| LORRAINE FERGUSON, | No. C 11-03391 MEJ |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S PETITION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 26 U.S.C. § 1292(b)** |
| v. | |
| HORIZON LINES, INC., et al., | |
| Defendants. | |
| _____/ | |

On November 14, 2012, the Court granted Defendant Horizon Lines, Inc.'s Motion for Summary Judgment against Plaintiff Lorraine Ferguson.  Dkt. No. 41.  Now before the Court is Plaintiff's Petition for Certification of Interlocutory Appeal under 26 U.S.C. §1292(b).  Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument.  Plaintiff's Petition is GRANTED.  All matters in this case, including service upon Defendant Andrei A. Tretyak, are STAYED pending resolution of Plaintiff's appeal.

**IT IS SO ORDERED.**

Dated: March 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**