1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORRAINE FERGUSON,

      Plaintiff,

      v.

ANDREI A. TRETYAK, et al.,

      Defendants.

Case No.  11-cv-03391-MEJ

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

      **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and

Civil Local Rule 16-10, a Case Management Conference will be held in this case before the

Honorable Maria-Elena James on April 9, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450

Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial

counsel for parties who are represented.  Parties who are proceeding without counsel must appear

personally.

      **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case

Management Conference, the parties shall file a Joint Case Management Statement containing the

information in the Standing Order for All Judges in the Northern District of California, available

at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be

obtained at: http://cand.uscourts.gov/civilforms.

      **IT IS SO ORDERED.**

Dated: March 6, 2015

_____

MARIA-ELENA JAMES
United States Magistrate Judge