UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FERGUSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREI A. TRETYAK, et al.,<br><br>　　　　　Defendants. | Case No. 11-cv-03391-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On March 6, 2015, the Court set this matter for a Case Management Conference on April 9, 2015, with a case management statement due by April 2, 2015. Dkt. No. 73. No case management statement has been filed. Further, Plaintiff Lorraine Ferguson has not made any other appearance in this case since the Ninth Circuit Court of Appeals affirmed this Court's grant of summary judgment in favor of Defendant Horizon Lines, Inc. *See* Dkt. No. 75. Accordingly, the Court hereby ORDERS Plaintiff Lorraine Ferguson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 16, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 30, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

The April 9, 2015 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: April 6, 2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　United States Magistrate Judge