UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FERGUSON,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREI A. TRETYAK, et al.,<br><br>        Defendants. | Case No. 11-cv-03391-MEJ<br><br>**ORDER DISCHARGING OSC** |

On April 6, 2015, the Court ordered Plaintiff Lorraine Ferguson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 76. Having received Plaintiff's response (Dkt. No. 77), the Order to Show Cause is DISCHARGED. Plaintiff shall file a request for default by April 28, 2015.

    **IT IS SO ORDERED.**

Dated: April 7, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge