UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FERGUSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREI A. TRETYAK, et al.,<br><br>　　　　Defendants. | Case No.　11-cv-03391-MEJ<br><br>**ORDER CONTINUING DEADLINE TO FILE DEFAULT JUDGMENT MOTION** |

On July 31, 2015, Plaintiff Lorraine Ferguson filed a Request for Continuance to File Motion for Default.  Good cause appearing, the Court GRANTS the request and CONTINUES the deadline to November 19, 2015.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge